

# In the Missouri Court of Appeals
## Eastern District

JULY 7, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED101641     STATE OF MISSOURI, RES V ANDREW G. THOMPSON, APP

2.      ED102043 CITY OF WELLSTON ET AL, RES V LINDA WHITFIELD, APP

3.      ED102157 ERIK ROSS, APP V HILTON WORLDWIDE & DES, RES

### CORRECTION(S):

1.      ED102304 LOUISE BREWER, RES V DIV OF ADMIN, APP & DES, RES